JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD J. SULLIVAN III, etc., <br><br>         Plaintiff, <br><br>   vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, etc., <br><br>         Defendant. | Case No. 2:16-cv-02075-FMO-SS <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL ON STIPULATION [21] |

    Plaintiff RICHARD J. SULLIVAN III and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA having stipulated to the dismissal of the above-entitled action, it is hereby ordered that the above-entitled action be and hereby is dismissed, with prejudice, each party to bear his or its own costs and attorney fees.

1

IT IS SO ORDERED.


Dated: January  19 , 2017                                    ___/s/  Fernando M. Olguin___
                                                            United States District Judge